UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA
-----------------------------------------------------------x
HEATHER COONEY, Dkt #:

Plaintiff/Petitioner, **COMPLAINT**

- against –

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

Defendant/Respondent.
-----------------------------------------------------------x

Plaintiff, HEATHER COONEY, by attorneys, ANDRIES LAW FIRM LLC, hereby files this Complaint against the Defendant, FRANK BISIGNANO, *COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION*, and respectfully alleges as follows:

## A. JURISDICTION

1. Jurisdiction is proper in this court pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. Section 405(g), to review a final determination of the Commissioner. The Plaintiff has appealed her case through all the steps required by the Social Security Administration, and they have issued a Final Decision denying Plaintiff's claim.

## B. PARTIES

2. Plaintiff's name is HEATHER COONEY.

3. Plaintiff's mailing address is: 202 Allie Lane. Luling, LA 70070.

4. The Beneficiary Notice Control Number (BNC#) for the Plaintiff's social security disability claim is: BNC#: 21F3534B53582, SSN#: (xxx-xx-0935).

5. The Defendant is the Commissioner of the Social Security Administration.

6. The Social Security Administration is an agency of the United States of America.

## C. CAUSE OF ACTION

7. Plaintiff applied for Title II and/or Title XVI Social Security Disability Benefits (i.e., Social Security Disability Insurance (SSDI) and Supplemental Security Income (SSI) benefits).

8. Plaintiff was denied Title II and/or Title XVI benefits by an Administrative Law Judge (ALJ) on October 21, 2025.

9. Plaintiff appealed the ALJ denial to the Appeals Council. The Appeals Council denied review of the ALJ decision on June 18, 2026.

10. Plaintiff submitted a request for an extension of time to file a civil action. On September 15, 2026, the Appeals Council granted a 30-day extension

11. Plaintiff was disabled and unable to work during the time period included in this case. Plaintiff continues to be disabled and unable to work.

12. Plaintiff is entitled to Title II and/or Title XVI benefits due to his disability.

13. The decision of the Social Security Administration is not supported by substantial evidence and/or is contrary to law and regulation.

## D. DEMAND

14. Plaintiff requests all such relief as is proper under the Social Security Act and as the Court otherwise deems appropriate, including (i) reversing the decision of the Social Security Administration and awarding Plaintiff benefits; (ii) remanding the decision of the Social Security Administration for further proceedings; (iii) award attorney's fees and costs under the Equal Access to Justice Act (EAJA"), 28 U.S.C. § 2412(d), and 42 U.S.C. § 406(b), on the grounds that the Commissioner's action in this case was not substantially justified; (iv) any other relief that is otherwise deemed just, proper, and appropriate, by this Court.

Dated: October 7, 2026

Respectfully Submitted,

s/Jerome Andries ___________
ANDRIES LAW FIRM LLC
R. JEROME ANDRIES
Bar Roll# 36355
Attorney(s) for the Plaintiff
317 Magnolia Lane
BOX 731
Marksville, LA 71351
PHN (318) 729-0981
FAX (318) 209- 3826
Jerome@AndriesLawFirm.com

TO: Delivered to all necessary parties via electronic service pursuant to 42 U.S.C. § 405(g).